IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NANCY RIOS VALENTIN<br>USM # 19663-512<br>FDC PHILA. | CRIMINAL ACTION<br>NO. 25-460-3 |

### NOTICE OF HEARING

TAKE NOTICE that the defendant is scheduled for a DETENTION HEARING on Monday, November 24, 2025, at 1:30 p.m. before the **Honorable Catherine Henry** in Courtroom TBD of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☒ **Interpreter:** A Spanish interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** November 17, 2025.

For additional information, please contact the undersigned.

By:   Tanya L. Allender
      Courtroom Deputy to Judge Catherine Henry
      610.333.1836

Date:   11/17/2025

cc via U.S. Mail:   Defendant
cc via email:       Defense Counsel Robert Gamburg
                    Assistant U.S. Attorney: Jason Grenell
                    Assistant U.S. Attorney: Sara Solow
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator