| | |
|---|---|
| **THE TINARI LAW FIRM** | |
| **EUGENE P. TINARI, ESQUIRE** | **ATTORNEY FOR DEFENDANT** |
| Attorney Identification No. 54512 | |
| 1313 Race Street, 2nd Floor | |
| Philadelphia, PA 19102 | |
| T: (215) 569-2551/F: (215) 569-2599 | |
| Email: eugene@etinarilaw.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:25-cr-00460 |
| | : | |
| Vs | : | |
| RAMON ROMAN-MONTANEZ | : | |
| | : | |

**O R D E R**

AND NOW, to wit, this _____ day of _____, 20_____, upon consideration of the within Motion for Joinder in Co-Defendants' Motions, it is hereby ORDERED and DECREED that this Court grant the same Pre-Trial relief, where applicable, that is extended to any Co-Defendants in the above captioned case.

BY THE COURT:

_____
J.

**THE TINARI LAW FIRM**
**EUGENE P. TINARI, ESQUIRE**          **ATTORNEY FOR DEFENDANT**
Attorney Identification No. 54512
1313 Race Street, 2nd Floor
Philadelphia, PA 19102
T: (215) 569-2551/F: (215) 569-2599
Email: eugene@etinarilaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:25-cr-00460 |
|---|---|---|
|  | : |  |
| Vs | : |  |
| RAMON ROMAN-MONTANEZ | : |  |
|  | : |  |

## MOTION FOR JOINDER IN CO-DEFENDANT'S MOTIONS

The Defendant, Ramon Roman-Montanez, by his attorney, Eugene P. Tinari, Esquire, moves to join in all motions filed by Co-Defendants and in support thereof respectfully represents:

1. Believes that meritorious relief may be requested by Co-Defendants.

2. To the extent that such other Motions request meritorious relief equally applicable to Defendant, Defendant should be permitted, for the sake of economy and fairness, to join in these motions and obtain the same relief.

WHEREFORE, Defendant requests that to the extent that this Court grants Pre-Trial relief to any Co-Defendants, the same relief, where applicable be extended to him.

Respectfully Submitted:

BY: _____
EUGENE P. TINARI, ESQUIRE
Attorney for Defendant

1313 Race Street
Philadelphia, PA 19107
T: (215) 569-2551/F: (215) 569-2599
Email: eugene@etinarilaw.com

**THE TINARI LAW FIRM**
**EUGENE P. TINARI, ESQUIRE**          **ATTORNEY FOR DEFENDANT**
Attorney Identification No. 54512
1313 Race Street, 2nd Floor
Philadelphia, PA 19102
T: (215) 569-2551/F: (215) 569-2599
Email: eugene@etinarilaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:25-cr-00460 |
| | : | |
| Vs | : | |
| RAMON ROMAN-MONTANEZ | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following this day via EFiling:

**Honorable Catherine Henry**          **Jason Grenell, AUSA**
U.S. District Courthouse                United States Attorney's Office - EDPA
Chambers Room 5118                      615 Chestnut Street, Suite 1250
601 Market Street                       Philadelphia, PA 19106
Philadelphia, PA 19106

**Sara A. Solow, AUSA**
United States Attorney's Office – EDPA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

                                        Respectfully submitted,

                                BY: _____
                                        EUGENE P. TINARI, ESQUIRE
                                        Attorney for Defendant
                                        1313 Race Street

Philadelphia, PA 19107
T: (215) 569-2551/F: (215) 569-2599
Email: eugene@etinarilaw.com